# Order

Michigan Supreme Court
Lansing, Michigan

April 28, 2014

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

148496

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                                  SC: 148496
                                  COA: 310900

DENNIS FRANK BOTHEL,
                                  Macomb CC: 2011-002403-FH
      Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the December 5, 2013 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

      VIVIANO, J., did not participate because he presided over this case in the circuit court.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 28, 2014



d0421

Clerk